IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BROWN KAPLAR, PHYLLIS KAPLAR, UTAH STATE TAX COMMISSION, RULON FREDERICK DEYOUN d/b/a ORDER OF THE TRANQUILITY,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 1:06-CV-261 DB |

   Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on September 3, 2008, recommending that Plaintiff's motions for entry of default be granted.

   The parties were notified of their right to file objections to the Report and Recommendation within ten (10) days after receiving it. Neither party has filed such an objection.

   Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and GRANTS Plaintiff's motions for entry of default.

   IT IS SO ORDERED.

   Dated this 29th day of September, 2008.

_____
Dee Benson
United States District Judge